■ In the Matter of the Estate of JANE M. RENARD, Deceased. ARTHUR H. DEAN et al., Respondents; PHILIP J. RENARD, Appellant. — Order, Surrogate's Court, New York County (Midonick, S.), entered on April 17, 1981, unanimously affirmed, without costs and without disbursements and without prejudice to an application to the Surrogate's Court, New York County, for an award of counsel fees. No opinion. Concur — Murphy, P. J., Sandler, Sullivan, Ross and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK W. MAHER, Appellant. — Judgment, Supreme Court, Bronx County (Cioffi, J.), rendered January 16, 1978, after a jury trial convicting defendant of grand larceny in the second degree, reversed, on the law, and the matter remanded for a new trial. We are satisfied that on this record wherein defendant was represented together with codefendants by the same attorney, the defendant demonstrated the significant possibility of an actual conflict of interest. Under such circumstances, the failure by the trial court to ascertain, on the record, whether the defendant had an awareness of the potential risks involved in that course and had knowingly chosen it, mandates reversal and a new trial. (See *People v Macerola*, 47 NY2d 257, 264; *People v Gomberg*, 38 NY2d 307, 313-314.) Concur — Murphy, P. J., Kupferman, Sandler, Markewich and Lupiano, JJ.